June 14, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ABRAHAM MELAWER, Appellant

NO. 14-12-00417-CV                    V.

OCWEN LOAN SERVICING, L.L.C., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 10, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by Appellant, Abraham Melawer.

We further order this decision certified below for observance.